**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**ANTHONY ESTEE GAULT,**

              **Plaintiff,**

      **vs.**                                       **1:12-CV-1570**

**STEVE P. BOYLE, President of**
**St. Peters Hospital, et al.,**

              **Defendants.**
_____

**APPEARANCES:**                            **OF COUNSEL:**

**Anthony Estee Gault**
**89-111 Porter Avenue, 2F**
**Brooklyn, New York 11237**
**Plaintiff,** *pro se*

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Christian F. Hummel, duly filed on the 25th day of October 2012. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. That plaintiff is afforded an opportunity to submit an amended complaint in accordance with the terms of the Report-Recomendation.

3. That if plaintiff fails to submit an amended complaint **within thirty days of the date of this order**, the complaint will **DISMISSED without prejudice in its entirety without further Order of the Court** and the Clerk shall enter Judgment accordingly.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: November 21, 2012
Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge