# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ANTHONY ESTEE GAULT**
    Plaintiff(s)

vs.                    **CASE NUMBER: 1:12-CV-1570**

**STEVE P. BOYLE**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED That the plaintiff's complaint is **DISMISSED without prejudice in its entirety** for failure to timely submit an amended complaint.

All of the above pursuant to the order of the Honorable Judge NORMAN A. MORDUE, dated the 11th day of November, 2012.

DATED: January 9, 2013

                                                Clerk of Court

                                                Christine Mergenthaler
                                                Deputy Clerk

filed and served 1/19/13